### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE WADE GATES,<br>*Plaintiff* | § § § § | |
| -vs- | § § | SA-22-CV-00356-XR |
| PENNYMAC LOAN SERVICES, LLC,<br>*Defendant* | § § § § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Leslie Wade Gates shall take nothing by his claims against PennyMac Loan Services, LLC, and Plaintiff's claims **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 1st day of June, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE